## Official Report



**Division of Forensic Sciences**
Georgia Bureau of Investigation
State of Georgia

Central Regional Lab
DOFS Case #: 2017-4000095
Report Date: 03/22/2017

George Herrin, Jr., Ph.D.
Deputy Director

ASCLD/LAB-International
Accredited Testing Laboratory



**Requested Service:** Solid Material - Drug Identification
  Agency: Monroe Co. Sheriff's Office
  Agency Ref#: 2016030325
  Requested by: C. Maples

**Case Individuals:**
  Subject: Dasha Marie Fincher
  Subject: David Maynard Morris

**Evidence:**
  On 01/06/2017, the laboratory received the following evidence from the Monroe Co. Sheriff's Office via Lockbox.
  2017-4000095-001      Sealed package(s) containing one bag of blue solid material

**Examinations Performed:**
  Evidence Submission #001
    Electronic balance and/or mechanical scale
    Gas chromatography/Mass spectrometry
    High Performance Liquid Chromatography

**Results and Conclusions:**
  Evidence Submission #001
    No controlled substances confirmed in the sample tested as defined by O.C.G.A. § 16-13
    Net weight of sample tested: 26.406 gram(s) +/- 0.003gram(s)

**Measurement Uncertainty:**
  Estimations of measurement uncertainty for all quantitative determinations in Drug Identification are reported at a coverage probability of 99.73%.

Only those items discussed in the results above were analyzed for this report. The above represents the interpretations/opinions of the undersigned analyst. Evidence analyzed in this report will be returned to the submitting agency. Biological evidence (body fluids and tissues) and fire debris extracts will be destroyed after one year. This report may not be reproduced except in full without written permission of the laboratory.

Technical notes and data supporting the conclusions and findings in this report are maintained within the laboratory case records.

This case may contain evidence that must be preserved in accordance with O.C.G.A. § 17-5-56.

*Jamilah Hankins*
Jamilah N. Hankins
Forensic Chemist
478-752-1787
jamilah.hankins@gbi.ga.gov

**Related Agencies:**
  Towaliga Judicial Circuit
  Monroe Co. District Attorney

Report Date: 03/22/2017
Report id: YXVR24TK0U8YUJ
Template Rev. 2015-12-11

EXHIBIT F

Division of Forensic Sciences
Georgia Bureau of Investigation

Continued
2017-4000095: Solid Material - Drug Identification

## End of Official Report