RECEIVED
CLERK'S OFFICE

2019 APR 18  PM 4: 37

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DASHA FINCHER, | * | |
| | * | |
| Plaintiff, | * | Civil Action |
| | * | No. 5:18-CV-424 |
| vs. | | |
| | * | |
| THE MONROE COUNTY BOARD OF | * | |
| COMMISSIONERS, CODY MAPLES, | * | |
| ALLEN HENDERSON, KEVIN | * | |
| WILLIAMS, SIRCHIE ACQUISITION | * | |
| COMPANY, LLC and JOHN DOE, | * | |
| | * | |
| Defendants. | * | |

## ORDER AND FINAL JUDGMENT

The above-styled civil action was before the Court on Defendant Sirchie Acquisition Company, LLC's (hereinafter "Sirchie") Motion to Dismiss. For the reasons more fully set forth in the Court's Order Granting Defendant Sirchie's Motion to Dismiss, and there being no just reason for delay of entry of a final judgment as to Defendant Sirchie, Plaintiff's lawsuit and action as against Defendant Sirchie is hereby dismissed.

SO ORDERED AND MADE THE FINAL JUDGMENT this 18 day of April, 2019.

_____
TILMAN E. SELF, III,
JUDGE UNITED STATES DISTRICT COURT